# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

ANDREW CUADRADO,

    Plaintiff,

v.

                                  Case No. 5:24-cv-7-TJC-PRL

CITY OF MOUNT DORA, FLORIDA, a
Florida Municipality and GARY L.
HUTCHESON, Individually,

    Defendants.

_____

## **O R D E R**

Upon further review of Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 29), filed on April 10, 2024, this case is dismissed without prejudice. This Court's order dismissing this case with prejudice (Doc. 30) is hereby vacated. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 11th day of April, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record